IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELLIE BOYDSTON and
LOIS BOYDSTON                                                    PLAINTIFFS

VS.                         CASE NO. 05-2064

SANDRA INEZ MASTERSON                                             DEFENDANT

**ORDER**

For reasons reflected on the record at the pre-trial hearing held in this case on May 11, 2006, it is hereby ordered:

1. Plaintiffs' Motion in Limine (Doc. 14) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED to the extent that the Defendant is prohibited from introducing any testimony or evidence regarding any collateral source benefits received by Plaintiffs. Plaintiffs' request that Defendant be prohibited from introducing any evidence that would humanize the Defendant and create sympathy for the Defendant is DENIED. Plaintiffs' request that Defendant not make reference to having to pay any judgment out of her own pocket is DENIED WITHOUT PREJUDICE to Plaintiffs' right to renew the motion should this become an issue during the trial;

2. Defendant's Motion in Limine (Doc. 16) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED to the extent that Plaintiffs are prohibited from introducing any evidence regarding liability insurance or other accidents

in which Defendant was involved or testimony from Plaintiffs' children concerning statements made by Plaintiffs' treating physicians. The motion is DENIED AS MOOT as Plaintiffs advise they do not intend to offer any portions of the police report into evidence and DENIED as to Defendant's request that Plaintiff's counsel be prohibited from indicating his personal beliefs in the credibility of his witnesses.

3. Defendant's objections (Doc. 13) to Plaintiffs' use of a video recreation or computer animation of the accident or "skid-speed equations" are MOOT as Defendant has admitted liability in this matter.

IT IS SO ORDERED this 11th day of May 2006.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge