IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELLIE BOYDSTON and
LOIS BOYDSTON                                                PLAINTIFFS

VS.                        CASE NO. 05-2064

SANDRA INEZ MASTERSON                                         DEFENDANT

### JUDGMENT

On the 11th day of May 2006, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. On that date, the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1:** STATE THE AMOUNT OF COMPENSATORY DAMAGES THAT YOU FIND FROM THE PREPONDERANCE OF THE EVIDENCE SHOULD BE AWARDED TO ELLIE BOYDSTON:

$7,068.59

**INTERROGATORY NO. 2:** STATE THE AMOUNT OF COMPENSATORY DAMAGES THAT YOU FIND FROM THE PREPONDERANCE OF THE EVIDENCE SHOULD BE AWARDED TO LOIS BOYDSTON:

$3,278.70

In accordance with this verdict, it is HEREBY ORDERED AND ADJUDGED that Plaintiffs Ellie and Lois Boydston, should have and recover of and from Defendant compensatory damages in the amount of $7,068.59 and $3,278.70, respectively, plus interest from the

date of this judgment until paid at the current post-judgment interest rate of 4.98% per annum.. All parties are to bear their respective costs and attorney's fees.

IT IS SO ORDERED this 12th day of May 2006.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

AO72A
(Rev. 8/82)